UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOSEELE ECHOLS,

        Plaintiff,                             Case No. 02-70522

v.                                           District Judge Denise Page Hood
                                              Magistrate Judge R. Steven Whalen
TIMOTHY GOURLEY and
DAPHNEY BAILEY, sued in
their individual capacities,

        Defendants.
_____/

**ORDER**

For the reasons stated on the record on July 7, 2005, Plaintiff's motion for sanctions is GRANTED.

Defendant Gourley shall pay to Plaintiff's counsel, within 30 days of the date of this order, attorney fees in the amount of $200.00 (two hundred dollars).[1]

Plaintiff's motion to compel the deposition of Defendant Gourley is DISMISSED AS MOOT.

SO ORDERED.

---

[1] Defendant's counsel represented on the record that the City will pay the court reporter fees for the scheduled depositions at which Defendant Gourley did not appear.

        s/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated: July 8, 2005

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 8, 2005.

        s/Gina Wilson
        Judicial Assistant